

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-19-00182-CV

Crystal D. **SMITH,**
Appellant

v.

Joseph B. **HICKMAN,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19228
Honorable Solomon Casseb III, Judge Presiding

# O R D E R

District Clerk's Notification of Late Record. is hereby GRANTED.  Time is extended to April 26, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court